# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERARD JACKSON** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| **WALKER ADVERTISING, LLC, ET AL.** | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.
4:24-CV-00934-MWB

## AFFIDAVIT OF SERVICE

I, Joecelyn Ramos, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Walker Advertising, LLC in Los Angeles County, CA on June 10, 2024 at 8:50 am at 330 North Brand Boulevard, Glendale, CA 91203 by leaving the following documents with John Monjitio who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Walker Advertising, LLC.

Summons, Civil Cover Sheet, and Complaint

Hispanic or Latino Male, est. age 35-44, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=34.1516536335,-118.2543348615
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County                    ,

CA          on    6/10/2024          .

/s/ *Joecelyn Ramos*
_____

Signature
Joecelyn Ramos
+1 (818) 356-6146

