AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| GERARD JACKSON, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24-cv-00934-MWB |
| Walker Advertising, LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Walker Advertising, LLC.

Date:   06/19/2024

/s/ Jordan L. Hughes
*Attorney's signature*

Jordan L. Hughes, PA Bar No. 330649
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington DC 20004
*Address*

jordan.hughes@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*