IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING, LLC<br><br>and<br><br>JOHN DOE LEAD GENERATOR,<br><br>　　Defendants. | Civil File No.: 4:24-CV-00934<br><br>Hon. Matthew W. Brann |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO PURSUANT TO F.R.C.P. 7.1**

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, Defendant Walker Advertising, LLC, by and through its undersigned counsel, states that it is not a corporation and has no stockholders, and therefore no public company owns 10% or more of stock in the company.

Dated:  June 21, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jordan L. Hughes

Robert C. Collins III (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel.: (312) 876-7700
Facsimile: (312) 993-9767
Email: robert.collins@lw.com

Jordan L. Hughes (PA Bar No. 330649)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Facsimile: (202) 637-2201
Email: jordan.hughes@lw.com

*Attorneys for Defendant Walker Advertising, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2024, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Dated:  June 21, 2024                               */s/ Jordan L. Hughes*

                                                  Jordan L. Hughes (PA Bar No. 330649)
                                                  **LATHAM & WATKINS LLP**
                                                  555 Eleventh Street, NW, Suite 1000
                                                  Washington, DC 20004
                                                  Tel.: (202) 637-2200
                                                  Facsimile: (202) 637-2201
                                                  Email: jordan.hughes@lw.com