IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING LLC<br><br>and<br><br>JOHN DOE LEAD GENERATOR,<br><br>Defendants. | Civil File No.: 4:24-CV-00934<br><br>Hon. Matthew W. Brann |

**STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO PLAINTIFF'S COMPLAINT**

It is hereby **STIPULATED** and **AGREED** by and between Plaintiff Gerard Jackson ("Plaintiff") and Defendant Walker Advertising LLC ("Walker") that the due date for the filing of a response to Plaintiff's Complaint is extended sixty (60) days from the date of service on June 10, 2024, such that Walker's response to the Complaint is due to be filed on or before August 9, 2024.  Attached hereto as Exhibit 1 is a proposed order approving the parties' stipulation.

Dated:  June 20, 2024              Respectfully submitted,

                                                                   */s/ Jordan L. Hughes*

Robert C. Collins III (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel.: (312) 876-7700
Facsimile: (312) 993-9767
Email: robert.collins@lw.com

Jordan L. Hughes (PA Bar No. 330649)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Facsimile: (202) 637-2201
Email: jordan.hughes@lw.com

*Attorneys for Defendant Walker Advertising, LLC*


<u>/s/ Jeffrey M. Bower (with consent)</u>

Jeffrey M. Bower (PA Bar No. 18266)
**BOWER LAW ASSOCIATES, PLLC**
403 S. Allen Street, Suite 210
State College, PA 16801
Tel.: (814) 234-2626
jbower@bower-law.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel.: (617) 485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff Gerard Jackson*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2024, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Dated:  June 21, 2024  /s/ Jordan L. Hughes

Jordan L. Hughes (PA Bar No. 330649)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Facsimile: (202) 637-2201
Email: jordan.hughes@lw.com