UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I, __Robert C. Collins III__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:   Latham & Watkins LLP

330 North Wabash Avenue, Suite 2800

Chicago, IL 60611

Office Telephone:   312-876-7700

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Illinois (Bar No. 6304674) 05/05/2011, U.S. Court of Appeals for the 10th Circuit, 12/03/2018, U.S. Court of Appeals for the 3rd Circuit, 1/14/2019

U.S. Court of Appeals for the 7th Circuit, 08/15/2014, U.S. Court of Appeals for the 8th Circuit, 02/08/2019, U.S. Court of Appeals for the 9th Circuit, 03/30/2021

U.S. District Court - Central District of Illinois, 01/18/2022, U.S. District Court - District of Colorado, 10/31/2017, U.S. District Court - Eastern District of Michigan, 09/15/2020

U.S. District Court - Northern District of Illinois - General Bar, 01/26/12, U.S. District Court - Northern District of Illinois - Trial Bar, 04/11/23, U.S. District Court - Northern District of Indiana, 03/27/20, U.S. District Court - Southern District of Illinois, 04/02/12

My attorney Identification number is: __IL Bar No. 6304674__

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____   Date: _____

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None
_____

_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None
_____

I do ☐, do not ☑, have any disciplinary action, contempt or other proceedings involving me **pending** before any court. (Check the appropriate space.) If there are pending proceedings, please explain:
_____

_____

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am an attorney in good standing in all listed jurisdictions and seek admission to
_____

represent my client.
_____

NAME THE PARTY YOU REPRESENT:

Defendant Walker Advertising, LLC
_____

If special admission is requested for a particular case, please list case number and caption:

Case # 4:24-cv-00934
_____

Caption # Gerard Jackson v. Walker Advertising, LLC et al.
_____

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)
If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

   Jordan L. Hughes PA Bar No. 330649
   Latham & Watkins LLP, 555 Eleventh Street, NW Suite 1000
   Washington, D.C. 20004-1304 , 202-637-2200

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

/s/ Robert C. Collins III
SIGNATURE OF PETITIONER

Illinois 6304674
(Bar Identification Number and State where admitted)
06/18/2024
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

/s/ Robert C. Collins III
SIGNATURE OF PETITIONER