UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, **Robert C. Collins III**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address:   Latham & Watkins LLP

330 North Wabash Avenue, Suite 2800

Chicago, IL 60611

Office Telephone:   312-876-7700

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Illinois (Bar No. 6304674) 05/05/2011, U.S. Court of Appeals for the 10th Circuit, 12/03/2018, U.S. Court of Appeals for the 3rd Circuit, 1/14 /2019

U.S. Court of Appeals for the 7th Circuit, 08/15/2014, U.S. Court of Appeals for the 8th Circuit, 02/08/2019, U.S. Court of Appeals for the 9th Circuit, 03/30/2021

U.S. District Court - Central District of Illinois, 01/18/2022, U.S. District Court - District of Colorado, 10/31/2017, U.S. District Court - Eastern District of Michigan, 09/15/2020

U.S. District Court - Northern District of Illinois - General Bar, 01/26 /12, U.S. District Court - Northern District of Illinois - Trial Bar, 04/11/23, U.S. District Court - Northern District of Indiana, 03/27/20, U.S. District Court - Southern District of Illinois, 04/02/12

My attorney Identification number is:   IL Bar No. 6304674

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/Matthew W. Brann*   Date: 6/24/2024
Matthew W. Brann
Chief United States District Judge