# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING LLC<br><br>and<br><br>JOHN DOE LEAD GENERATOR,<br><br>Defendants. | Civil File No.: 4:24-CV-00934<br><br>Hon. Matthew W. Brann |

## ORDER

**AND NOW**, this 24th day of June 2024, upon consideration of the Stipulation to Extend Time to File Response to Plaintiff's Complaint by and between Plaintiff Gerard Jackson ("Plaintiff") and Defendant Walker Advertising LLC ("Walker"), **IT IS HEREBY ORDERED** that said Stipulation is **APPROVED and GRANTED**.

Walker's response to Plaintiff's Complaint shall be due on or before August 9, 2024.

**BY THE COURT:**

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge