IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>WALKER ADVERTISING, LLC and JOHN DOE LEAD GENERATOR,<br><br>      Defendants. | No. 4:24-CV-00934<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 15th day of July 2024, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **July 19, 2024, at 3:30 p.m.**

2. Counsel for Plaintiff shall initiate the call to Chambers at 570-323-9772.  At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge