AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Gerard Jackson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24-CV-00934 |
| Walker Advertising LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Walker Advertising LLC                .

Date:    08/01/2024

/s/ Thomas J. Giblin
*Attorney's signature*

Thomas J. Giblin, PA 313111
*Printed name and bar number*

Latham & Watkins LLP
1270 Avenue of the Americas
New York NY 10020
*Address*

thomas.giblin@lw.com
*E-mail address*

(212) 906-1232
*Telephone number*

(212) 751-4864
*FAX number*