## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING, LLC, and JOHN DOE LEAD GENERATOR,<br><br>       Defendants. | No.: 4:24-CV-00934<br><br>Hon. Matthew W. Brann |

### UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE ASSOCIATE COUNSEL PURSUANT TO RULE 83.9

Defendant Walker Advertising, LLC ("Walker") respectfully submits this motion for an order permitting Jordan L. Hughes to withdraw as the associate counsel required by Local Rule 83.9 on behalf of Walker and further permitting the substitution of Thomas J. Giblin as the associate counsel for Walker and further states:

1.     Mr. Hughes is leaving the employment of Latham & Watkins LLP on August 2, 2024, for a clerkship in the U.S. Court of Appeals for the Third Circuit. Thomas J. Giblin is an associate attorney at Latham & Watkins LLP and a duly admitted member of the bar of this Court. Mr. Giblin has entered an appearance to represent Walker in this case.

2.     Defendant asks that copies of all papers, correspondence, pleadings, and filings by the Parties and the Court, along with all notices, be served upon and directed to the undersigned counsel at their addresses below.

3.     This motion is not made for the purposes of delay, and will not affect any schedule in this case.

4.     Plaintiff does not oppose this motion.

Dated: August 1, 2024                    Respectfully submitted,

*/s/ Jordan L. Hughes*

Robert C. Collins III (*pro hac vice*)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel.: (312) 876-7700
Facsimile: (312) 993-9767
Email: robert.collins@lw.com

Jordan L. Hughes (PA 330649)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Facsimile: (202) 637-2201
Email: jordan.hughes@lw.com

*/s/ Thomas J. Giblin*
Thomas J. Giblin (PA 313111)
**Latham & Watkins LLP**
1270 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1232
Facsimile: (212) 751-4864

2

Email: thomas.giblin@lw.com

*Attorneys for Defendant Walker Advertising, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 1, 2024, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

*/s/ Jordan L. Hughes*

Jordan L. Hughes (PA Bar No. 330649)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel.: (202) 637-2200
Facsimile: (202) 637-2201
Email: jordan.hughes@lw.com