IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING LLC<br><br>and<br><br>JOHN DOE LEAD GENERATOR,<br><br>  Defendants. | Civil File No.: 4:24-CV-00934<br><br>Hon. Matthew W. Brann |

## ORDER

**AND NOW**, this _____ day of August, 2024, upon consideration of Defendant Walker Advertising LLC's Motion to Withdraw and Substitute Associate Counsel, **IT IS HEREBY ORDERED** that said Motion is **APPROVED and GRANTED**.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge