IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING LLC<br><br>and<br><br>JOHN DOE LEAD GENERATOR,<br><br>　　　Defendants. | Civil File No.: 4:24-CV-00934<br><br>Hon. Matthew W. Brann |

## ORDER

**AND NOW**, this 6th day of August, 2024, upon consideration of Defendant Walker Advertising LLC's Motion to Withdraw and Substitute Associate Counsel, **IT IS HEREBY ORDERED** that said Motion is **GRANTED**. Jordan L. Hughes is permitted to withdraw as associate counsel. Thomas J. Giblin is substituted as associate counsel for Walker. If Attorney Giblin is not admitted to this Court, he shall file for special admission or make arrangements to be generally admitted.

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge