# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING, LLC, and JOHN DOE LEAD GENERATOR,<br><br>　　　　Defendants. | No.: 4:24-CV-00934<br><br>(Hon. Matthew W. Brann) |

## WALKER ADVERTISING, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Walker Advertising, LLC ("Walker") respectfully moves the Court for a second extension of time, through and including August 23, 2024, to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Walker states as follows:

1. On June 6, 2024, Plaintiff filed the Complaint. *See* Dkt. 1.

2. On June 10, 2024, Plaintiff purported to effectuate service of the Complaint on Walker, setting Walker's initial deadline to answer or otherwise respond to the Complaint as July 1, 2024, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i). *See* Dkt. 7.

3. On June 21, 2024, Walker filed a stipulation between Plaintiff and Walker for a 60-day extension of time from the date of service to answer or otherwise

respond to Plaintiff's Complaint.  *See* Dkt. 10.  The Court approved the stipulation, setting August 9, 2024 as Walker's deadline to answer or otherwise respond to the Complaint.  *See* Dkt. 13.

4. Since that time, Plaintiff and Walker have engaged in discussions in an attempt to resolve this case without the need for additional litigation.  To allow Plaintiff and Walker time to formalize a resolution, Walker respectfully requests that the Court grant this motion for an extension and set its deadline to answer or otherwise respond to the Complaint as August 23, 2024.  The requested extension will not prejudice either party and will serve the interests of judicial efficiency and conservation of resources.

5. Walker's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested in this motion.

WHEREFORE, Walker respectfully requests that this Court grant this unopposed motion extending the deadline of Walker to answer or otherwise respond to Plaintiff's Complaint until August 23, 2024.


Dated:  August 8, 2024               Respectfully submitted,

                                     */s/ Thomas J. Giblin*

                                     Robert C. Collins III (*pro hac vice*)
                                     **LATHAM & WATKINS LLP**
                                     330 N. Wabash Avenue, Suite 2800

       Chicago, IL 60611
       Tel.: (312) 876-7700
       Facsimile: (312) 993-9767
       Email: robert.collins@lw.com

       Thomas J. Giblin (PA 313111)
       **LATHAM & WATKINS LLP**
       1271 Avenue of the Americas
       New York, NY 10020
       Tel.: (212) 906-1200
       Facsimile: (212) 751-4864
       Email: thomas.giblin@lw.com

       *Attorneys for Defendant Walker Advertising, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2024, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which served all relevant parties.

Dated:  August 8, 2024              */s/ Thomas J. Giblin*

Thomas J. Giblin (PA 313111)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Facsimile: (212) 751-4864
Email: thomas.giblin@lw.com