# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALKER ADVERTISING LLC<br><br>and<br><br>JOHN DOE LEAD GENERATOR,<br><br>Defendants. | Civil File No.: 4:24-CV-00934<br><br>Hon. Matthew W. Brann |

## ORDER

**AND NOW**, this 12th day of August 2024, upon consideration of Walker Advertising, LLC's ("Walker") Unopposed Motion to Extend Time to Answer or Otherwise Respond to the Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Walker's response to Plaintiff's Complaint shall be due on or before August 23, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge