## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY JACKSON, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>    v.<br><br>WALKER ADVERTISING, LLC<br><br>             Defendant. | Case No. 4:24-cv-00934-MWB<br><br>**JURY TRIAL DEMANDED**<br>(Judge Brann) |

## PLAINTIFF'S NOTICE OF
## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Gerard F. Jackson, through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal With Prejudice in this action.

Respectfully Submitted,

Dated: August 22, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY JACKSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>WALKER ADVERTISING, LLC<br><br>            Defendant. | Case No. 4:24-cv-00934-MWB<br><br>**JURY TRIAL DEMANDED**<br>(Judge Brann) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August 2024, a true and correct copy of the above VOLUNTARY DISMISSAL was filed with the Court's ECF/PACER Electronic filing system, where it was available for immediate viewing and download by all counsel of record.

Dated: August 22, 2024.

   */s/ Andrew Roman Perrong*
   Andrew Roman Perrong, Esq.
   Perrong Law LLC
   2657 Mount Carmel Avenue
   Glenside, Pennsylvania 19038
   Phone: 215-225-5529 (CALL-LAW)
   Facsimile: 888-329-0305
   a@perronglaw.com