**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-00934-MWB |
| Plaintiff, | **JURY TRIAL DEMANDED** (Judge Brann) |
| v. | |
| WALKER ADVERTISING, LLC AND JOHN DOE LEAD GENERATOR | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Gerard F. Jackson, through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal With Prejudice in this action.

This Notice is being re-filed as of the below date owing to an error in the caption of the previous document filed with the Court.

Respectfully Submitted,

Dated: August 23, 2024

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GERARD JACKSON, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-00934-MWB |
| Plaintiff,<br>v. | **JURY TRIAL DEMANDED**<br>(Judge Brann) |
| WALKER ADVERTISING, LLC<br>AND<br>JOHN DOE LEAD GENERATOR | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August 2024, a true and correct copy of the

above VOLUNTARY DISMISSAL was filed with the Court's ECF/PACER Electronic filing

system, where it was available for immediate viewing and download by all counsel of record.

Dated: August 23, 2024.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com